STATE OF NEW JERSEY v. CLARENCE GADSON.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS CHIPPAS.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL CASAVINA.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD DOMENICHELLO.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID ROBERTS.

June 18, 1981.

Petition for certification denied.